UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAHIRRI  DANNAH,

    Plaintiff,                      Case No. 1:22-cv-385

v.                                       Hon. Ray Kent

CITY OF GRAND RAPIDS, et al,

    Defendants.

_____/

**ORDER ADJOURNING FINAL PRETRIAL CONFERENCE**
**AND JURY TRIAL**

The Final Pretrial Conference currently set for February 5, 2024, at 10:00 a.m. and Jury Trial set for February 26, 2024, at 9:00 a.m., are **adjourned without date.**

    **IT IS SO ORDERED.**

Dated:  January 12, 2024                /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge